**STATE of Missouri, Respondent,**

v.

**William Bruce CLARDY, Appellant.**

**No. WD 42256.**

Missouri Court of Appeals, Western District.

Oct. 23, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 4, 1990.

Cyril M. Hendricks, Jefferson City, for appellant.

William Tackett, Jefferson City, for respondent.

Before KENNEDY, P.J., and SHANGLER and GAITAN, JJ.

### ORDER

PER CURIAM:

Defendant appeals from conviction of harassment under § 565.090, RSMo 1986.

The judgment of conviction is affirmed. Rule 30.25(b).